NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000877
03-MAR-2015
09:10 AM

NO. CAAP-12-0000877

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WENDELL H. JENKINS, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 08-1-0025)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Foley, Presiding Judge, and Leonard and Reifurth, JJ.)

Upon consideration of the February 24, 2015 Motion for Reconsideration filed by Petitioner-Appellant Wendell H. Jenkins, and the record and files herein,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, March 3, 2015.

Presiding Judge

Associate Judge

Associate Judge